UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>      Plaintiff,<br><br>   vs.<br><br>DOROTEO MEZA BRACAMONTES *et al.*,<br><br>      Defendants. | Case No.: C-11-03713-YGR<br><br>**Order of Reference, and Setting Compliance Conference** |

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file a motion for default judgment within thirty (30) days of the date this Order is filed.

2. Said motion is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation. If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiff shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.

3. A Conference to confirm that Plaintiff has complied with the requirements of Paragraph 1 shall be held on Friday, March 2, 2012 on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated. If compliance is complete, the parties need not appear and the Conference will be taken off calendar. If compliance is not complete, then five (5) business days prior to the date of the Conference the parties shall file a one (1) page JOINT STATEMENT setting forth an explanation regarding the failure to comply.

4. All pending motion, case management and trial dates are hereby vacated.

**IT IS SO ORDERED.**

Dated: January 24, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CC: MagRef email