# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOROTEO MEZA BRACAMONTES, et al., <br><br> Defendants. | Case No. 4:11-cv-03713 YGR (NC) <br><br> **NOTICE OF REFERRAL** |

The motion for default judgment filed by Plaintiffs has been referred to this Court by District Judge Yvonne Gonzalez Rogers

The parties must follow the briefing schedule set by Judge Gonzalez Rogers. After briefing is completed, the Court may schedule a hearing on the motion if such a hearing is necessary. *See* Civl L.R. 7-1(b). Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: February 27, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge