United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | **Case No.: 11-CV-03713 YGR** |
| **Plaintiff,** | **FINAL DEFAULT JUDGMENT** |
| **vs.** | |
| **DOROTEO MEZA BRACAMONTES and MARTIN MEZA GONZALEZ, individually and D/B/A ROSY'S FISH CITY,** | |
| **Defendants.** | |

The Court granted Plaintiff's Motion for Entry of Default Judgment.  Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendants Doroteo Meza Bracamontes and Martin Meza Gonzalez, individually, and d/b/a Rosy's Fish City, jointly and severally, on Counts I and III of the Complaint for violation of 47 U.S.C. § 605 and conversion in the amount of **$2,400.00**, consisting of $1,200.00 in statutory damages under 47 U.S.C. § 605 and $1,200.00 for conversion damages.

Counts II and IV of the Complaint for violations of 47 U.S.C. § 553 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: March 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**