# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DOROTEO MEZA BRACAMONTES and MARTIN MEZA GONZALEZ, individually and D/B/A ROSY'S FISH CITY,**<br><br>Defendants. | **Case No.: 11-CV-03713 YGR**<br><br>**FINAL DEFAULT JUDGMENT** |

The Court granted Plaintiff's Motion for Entry of Default Judgment. Consequently, **DEFAULT JUDGMENT IS ENTERED** in favor of Plaintiff J & J Sports Productions, Inc. and against Defendants Doroteo Meza Bracamontes and Martin Meza Gonzalez, individually, and d/b/a Rosy's Fish City, jointly and severally, on Counts I and III of the Complaint for violation of 47 U.S.C. § 605 and conversion in the amount of **$2,400.00**, consisting of $1,200.00 in statutory damages under 47 U.S.C. § 605 and $1,200.00 for conversion damages.

Counts II and IV of the Complaint for violations of 47 U.S.C. § 553 and California Business and Professions Code § 17200 are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date: March 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**